UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTY HERNANDEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>ARGENT TRUST COMPANY, JAMES R. URBACH, RYAN SASSON, DANIEL BLUMKIN, IAN BEHAR, DUKE ENTERPRISES LLC, TWIST FINANCIAL LLC, and BLAISE INVESTMENTS, LLC,<br><br>                    Defendants. | Case No. 1:22-cv-00048-JGK |

```
The requested stay is granted. The Clerk is
directed to close Docket No. 15. SO ORDERED.

New York, New York      /s/John G. Koeltl
March 4, 2022           John G. Koeltl, U.S.D.J.
```

### NOTICE OF THE DEFENDANTS' UNOPPOSED MOTION TO STAY THE PROCEEDINGS PENDING APPEAL IN A RELATED CASE

**PLEASE TAKE NOTICE** that Defendants Argent Trust Company, James R. Urbach, Ryan Sasson, Daniel Blumkin, Ian Behar, Duke Enterprises LLC, Twist Financial LLC, and Blaise Investments LLC (together, "Defendants"), by their undersigned counsel, will move this Court, before the Honorable John G. Koeltl, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007-1312, on a date and a time to be designated by the Court, for an order staying these proceedings pending the Second Circuit's resolution of the defendants' appeal in the related case, *Cedeno v. Argent Trust*, 1:20-cv-09987-JGK, of this Court's Memorandum Opinion and Order denying Defendants' Motion to Compel Individual Arbitration and Stay the Case. In support of their Motion, Defendants rely on the Memorandum of Law in Support of Defendants' Unopposed Motion to Stay the Proceedings Pending Appeal in a Related Case, filed concurrently herewith.

1

Dated: February 18, 2022 **MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jeremy P. Blumenfeld*

Jeremy P. Blumenfeld
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001
jeremy.blumenfeld@morganlewis.com

*Attorney for Defendants Ryan Sasson, Daniel Blumkin, Ian Behar, Duke Enterprises LLC, Twist Financial LLC, & Blaise Investments LLC*

**GROOM LAW GROUP, CHARTERED**

By: */s/ Lars C. Golumbic*

Mark C. Nielsen
Lars C. Golumbic (*pro hac vice* to be filed)
Sarah M. Adams (*pro hac vice* to be filed)
Paul J. Rinefierd (*pro hac vice* to be filed)
1701 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 857-0620
Facsimile: (202) 659-4503
mnielsen@groom.com
lgolumbic@groom.com
sadams@groom.com
prinefierd@groom.com

*Attorneys for Defendant Argent Trust Company*

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Rick Pearl*

Rick Pearl (*pro hac vice* to be filed)
320 South Canal St., Suite 3300
Chicago, IL 60606
Tel.: 312.569.1000
Fax: 312.569.3000
rick.pearl@faegredrinker.com

*Attorney for Defendant James R. Urbach*