UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BETTY HERNANDEZ,

        Plaintiff,

  - against -

ARGENT TRUST COMPANY, ET AL.,

        Defendants.

---

22-cv-48 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a joint status update to the Court by **April 11, 2025**.

SO ORDERED.

Dated:    New York, New York
            March 27, 2025

                                          John G. Koeltl
                                       United States District Judge